NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1411

MAKITA CORPORATION, MAKITA U.S.A., INC.,
and MAKITA CORPORATION OF AMERICA,

Plaintiffs-Appellants,

v.

MILWAUKEE ELECTRIC TOOL CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California
in case no. 09-CV-133, Judge David O. Carter.

ON MOTION

ORDER

Upon consideration of the unopposed motion to dismiss this appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

OCT 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     James A. Oliff, Esq.
        J. Donald Best, Esq.

s8

ISSUED AS A MANDATE: ____OCT 0 8 2009____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 8 2009

JAN HORBALY
CLERK